UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| USA,<br>    **Plaintiff,**<br><br>v.<br><br>**PATSY WARDLE,**<br>    **Defendant.** | CRIMINAL ACTION NO. 5:18-57-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Magistrate Judge's Recommended Disposition (DE 419) regarding Defendant Patsy Wardle's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (DE 402). The Recommended Disposition instructed Defendant to file any specific written objections to the decision within fourteen days of service or waive further appeal. (DE 419 at 13.) Defendant has not objected, and the deadline to do so has passed.

The Recommended Disposition found that Defendant's claims lacked merit and that an evidentiary hearing was not warranted. (DE 419 at 6-7, 9-12.) Accordingly, the Magistrate Judge recommended that this Court deny Defendant's § 2255 motion and that no Certificate of Appealability should issue. (*Id.* at 12.) After review of the record, the Court agrees with the Recommended Disposition's analysis and denies Defendant's § 2255 motion.

Accordingly, the Court hereby ORDERS as follows:

1.     The Recommended Disposition (DE 419) is ADOPTED as the Court's opinion;

2. Defendant Patsy Wardle's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (DE 402) is DENIED;

3. A Certificate of Appealability SHALL NOT issue; and

4. A judgment SHALL BE ENTERED contemporaneously with this Order.

This 6th day of October, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY